CHARLES H. STOLL, Respondent, v. LONG-ISLANDER PUBLISHING COMPANY et al., Appellants.—

No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

CHARLES H. STOLL, Respondent, v. EDMUND STRATTON et al., Appellants.—

No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.